UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.  08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE ) | Adversary Proceeding No. 10-50209 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| Defendant. ) | |
| ) | |

## CORPORATE OWNERSHIP STATEMENT

Plaintiff, JLL Consultants, Inc., as Unsecured Creditor Trustee, by counsel, hereby certifies that there are no entities to report under FRBP 7007.1.

Respectfully Submitted,

HOSTETLER & KOWALIK, P.C.
*Counsel for JLL Consultants, Inc.,*
*Unsecured Creditor Trustee*

By  */s/ Jeremy M. Dunn*
Jeffrey A. Hokanson
Jeremy M. Dunn
Mark A. Drummond
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 262-1001
Fax: (317) 262-1010
Email: jeff.hokanson@hostetler-kowalik.com
Email: jmd@hostetler-kowalik.com
Email: mad@hostetler-kowalik.com