UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
|     Debtor. ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE ) | Adversary Proceeding No. 10-50209 |
|     Plaintiff, ) | |
| vs. ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
|     Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Comes now Mark A. Drummond, of Hostetler & Kowalik, P.C., and enters his appearance in the above-entitled adversary proceeding on behalf of JLL Consultants, Inc., in its capacity as the Unsecured Creditor Trustee for the Unsecured Creditor Trust, approved and established pursuant to the Order Confirming First Amended Chapter 11 Plan of the Debtor [Docket No. 1390; Case No. 08-03675] entered by the Court on March 26, 2009 in the bankruptcy case of ATA Airlines, Inc., the First Amended Chapter 11 Plan of the Debtor [Docket No. 1239; Case No. 08-03675], and the Liquidating Trust Agreement for the ATA Unsecured Creditor Trust, plaintiff herein. The undersigned requests that he receive copies of all Applications, Motions, Notices and Orders at the following addresses:

    Mark A. Drummond
    HOSTETLER & KOWALIK, P.C.
    101 West Ohio Street, Suite 2100
    Indianapolis, IN 46204
    (317) 262-1001
    mad@hostetler-kowalik.com

    HOSTETLER & KOWALIK, P.C.
    *Counsel for JLL Consultants, Inc.,*
    *Unsecured Creditor Trustee*

    By    */s/ Mark A. Drummond*
    Jeffrey A. Hokanson
    Jeremy M. Dunn
    Mark A. Drummond
    HOSTETLER & KOWALIK, P.C.
    101 West Ohio Street, Suite 2100
    Indianapolis, IN 46204
    Tel: (317) 262-1001
    Fax: (317) 262-1010
    Email: jeff.hokanson@hostetler-kowalik.com
    Email: jmd@hostetler-kowalik.com
    Email: mad@hostetler-kowalik.com