UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

B250A (rev 06/2007)

In Re:
   ATA Airlines, Inc.
      SSN: NA      EIN: 35–1305077
      fka American Trans Air Inc.
   Debtor(s)

Case Number:
**08–03675–BHL–11**

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

JLL Consultants, Inc., The Unsecured Creditor Trustee
   Plaintiff(s)
   vs.

Adversary Case Number:
**10–50209**

Airport Terminal Services, Inc.
   Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

   YOU ARE SUMMONED and required to file a motion or answer to the complaint, which is attached to this summons, to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

   **ANSWER DUE:** August 5, 2010

| Address of Bankruptcy Clerk's Office: | Name and address of plaintiff's attorney: |
|---|---|
| SOUTHERN DISTRICT OF INDIANA<br>PO Box 44978<br>Indianapolis, IN 46244 | Jeffrey A. Hokanson<br>101 W. Ohio Street<br>Suite 2100<br>Indianapolis, IN 46204 |

   YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Date: September 17, 2010
> Time: 10:00 AM EDT
> Place: Rm. 310 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

   **IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/s/ KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT

Dated: July 6, 2010

B250A (rev 06/2007)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

In Re:

    ATA Airlines, Inc.
      SSN: NA      EIN: 35–1305077
    fka American Trans Air Inc.
    Debtor(s)

Case Number:

**08−03675−BHL−11**

A PDF fillable Certification of Service is available at http://www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

JLL Consultants, Inc., The Unsecured Creditor Trustee
    Plaintiff(s)
    vs.

Airport Terminal Services, Inc.
    Defendant(s)

Adversary Case Number:
**10−50209**

## CERTIFICATE OF SERVICE REGARDING SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____ (date) by one of the following methods:

- ☐ **Mail Service**: Regular, first class United States mail, and postage fully prepaid. (**List names/addresses below.**)
- ☐ **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the process with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant. (**List names/addresses below.**)
- ☐ **Publication**: The defendant was served as follows in the space below.
- ☐ **State Law**: The defendant was served pursuant to the laws of the State of _____ (U.S. state), as follows in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____    _____    _____
Signature                                                  Date                                     Business Address

_____                                               _____
Printed Name                                                                                       Business City, State, and Zip