# Notice Recipients

District/Off: 0756–1   User: tomi   Date Created: 7/6/2010
Case: 10–50209   Form ID: b250a   Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Jeffrey A. Hokanson   jeff.hokanson@hostetler–kowalik.com
aty   Jeremy M. Dunn   jmd@hostetler–kowalik.com
aty   Mark Alan Drummond   mad@hostetler–kowalik.com

TOTAL: 3