UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

B250A (rev 06/2007)

In Re:
    ATA Airlines, Inc.
        SSN: NA        EIN: 35-1305077
    fka American Trans Air Inc.
    Debtor(s)

Case Number:
**08-03675-BHL-11**

A PDF fillable Certification of Service is available at http://www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

JLL Consultants, Inc., The Unsecured Creditor Trustee
    Plaintiff(s)
    vs.

Airport Terminal Services, Inc.
    Defendant(s)

Adversary Case Number:
**10-50209**

## CERTIFICATE OF SERVICE REGARDING SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

I, _____Selena Watson_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____July 7, 2010_____ (date) by one of the following methods:

[X] **Mail Service**: Regular, first class United States mail, and postage fully prepaid. (**List names/addresses below.**)

[ ] **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant. (**List names/addresses below.**)

[ ] **Residence Service**: By leaving the process with an adult. (**List names/addresses below.**)

[ ] **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant. (**List names/addresses below.**)

[ ] **Publication**: The defendant was served as follows in the space below.

[ ] **State Law**: The defendant was served pursuant to the laws of the State of _____ (U.S. state), as follows in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

See Exhibit "A" Attached

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_/s/ Selena Watson_        7-16-10
Signature                      Date

Selena Watson
Printed Name

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street
Suite 2100
Indianapolis, Indiana 46204

## **EXHIBIT A**

**Adv. No. 10-50209**
Airport Terminal Services, Inc.
*Attn: President or Highest Officer*
111 Westport Plaza Drive, Suite 400
St. Louis, MO  63146