UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | Adversary Proceeding No. 10-50209 |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR *PRO HAC VICE*

      Callan F. Yeoman of Armstrong Teasdale LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Airport Terminal Services, Inc. in the above-styled cause only. In support of this motion, the applicant states:

1.     The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| State of Missouri | April 22, 2009 |
| Eastern District of Missouri | June 17, 2009 |
| State of Nevada | November 12, 2009 |
| Western District of Michigan | February 5, 2010 |
| State of Illinois | May 6, 2010 |

2.     The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3.  The applicant has presented a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4.  Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated:  August 3, 2010.                                   Respectfully submitted,

                                                          ARMSTRONG TEASDALE LLP

                                                          By: */s/ Callan F. Yeoman*
                                                                Callan F. Yeoman   MO#61047 EDMO#5227309
                                                                7700 Forsyth Blvd., Suite 1800
                                                                St. Louis, Missouri 63105
                                                                (314) 621-5070
                                                                (314) 621-5065 (facsimile)
                                                                cyeoman@armstrongteasdale.com

                                                          ATTORNEY FOR AIRPORT TERMINAL
                                                          SERVICES, INC.

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, a copy of the foregoing Motion to Appear *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Jeffrey A. Hokanson
Jeremy M. Dunn
Mark A. Drummond
HOSTETLER & KOWALIK, P.C.
jeff.hokanson@hostetler-kowalik.com
jmd@hostetler-kowalik.com
mad@hostetler-kowalik.com

                                                          */s/ Callan F. Yeoman*