UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | Adversary Proceeding No. 10-50209 |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*

Callan F. Yeoman, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| State of Missouri | April 22, 2009 |
| Eastern District of Missouri | June 17, 2009 |
| State of Nevada | November 12, 2009 |
| Western District of Michigan | February 5, 2010 |
| State of Illinois | May 6, 2010 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

Dated: August 3, 2010.

By: /s/ Callan F. Yeoman
Callan F. Yeoman   MO#61047 EDMO#5227309
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
(314) 621-5065 (facsimile)
cyeoman@armstrongteasdale.com

ATTORNEY FOR AIRPORT TERMINAL SERVICES, INC.

STATE OF MISSOURI        )
                         )
COUNTY OF ST. LOUIS      )

Before me, a notary public in and for said county and state, personally appeared Callan F. Yeoman, and being first duly sworn upon his oath, says that the facts alleged in the foregoing instrument are true.

Signed and sealed this August 3, 2010

Notary Public

My Commission Expires:

GLADYS C. RICE
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: June 17, 2012
Commission # 08608280