**SO ORDERED: August 06, 2010.**



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SGENERIC (rev 03/2010)

In Re:
   ATA Airlines, Inc.
     SSN: NA       EIN: 35–1305077

Case Number:
**08–03675–BHL–11**

   Debtor(s)

   JLL Consultants, Inc., The Unsecured Creditor Trustee
     Plaintiff(s)
     vs.

Adversary Case Number:
**10–50209**

   Airport Terminal Services, Inc.
     Defendant(s)

### ORDER

   A(n) Motion to Appear Pro Hac Vice on behalf of Defendant Airport Terminal Services, Inc. was filed with the Clerk of this Court on August 3, 2010, by Callan Frank Yeoman.

   IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice on behalf of Defendant Airport Terminal Services, Inc. is GRANTED.

###