## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: rhonda | Date Created: 8/6/2010 |
| Case: 10−50209 | Form ID: sgeneric | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Callan Frank Yeoman     cyeoman@armstrongteasdale.com
aty     Jeffrey A. Hokanson     jeff.hokanson@hostetler−kowalik.com
aty     Jeremy M. Dunn     jmd@hostetler−kowalik.com
aty     Mark Alan Drummond     mad@hostetler−kowalik.com

TOTAL: 4