UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | Adversary Proceeding No. 10-50209 |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF EXTENSION OF TIME TO FILE ANSWER

COMES NOW Airport Terminal Services, Inc. ("ATS"), by and through the undersigned counsel, and pursuant to S.D.Ind. B-7006-1(a), states that counsel for ATS has contacted counsel for the opposing party and ATS has been granted an extension of thirty (30) days to file its answer to the Complaint. The answer to the Complaint was originally due on August 5, 2010, and is now due on September 7, 2010.

Dated:  August 9, 2010.                    Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: */s/ Callan F. Yeoman*
    Callan F. Yeoman   MO#61047 EDMO#5227309
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    (314) 621-5070
    (314) 621-5065 (facsimile)
    cyeoman@armstrongteasdale.com

ATTORNEY FOR AIRPORT TERMINAL
SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, a copy of the foregoing Notice of Extension of Time to File Answer was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Jeffrey A. Hokanson
Jeremy M. Dunn
Mark A. Drummond
HOSTETLER & KOWALIK, P.C.
jeff.hokanson@hostetler-kowalik.com
jmd@hostetler-kowalik.com
mad@hostetler-kowalik.com

                */s/ Callan F. Yeoman*