UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
PO Box 44978  
Indianapolis, IN 46244

SF00075 (rev 05/2008)

In Re:
   ATA Airlines, Inc.  
     SSN: NA      EIN: 35−1305077  
   fka American Trans Air Inc.  
   Debtor(s)

Case Number:  
**08−03675−BHL−11**

JLL Consultants, Inc., The Unsecured Creditor Trustee  
    Plaintiff(s)  
  vs.

Adversary Case Number:  
**10−50209**

Airport Terminal Services, Inc.  
    Defendant(s)

## NOTICE OF DEFICIENT FILING

The Answer to Complaint, which was filed on September 3, 2010, is deficient in the following respect(s):

   Statement of Corporate Ownership pursuant to FRBP 7007.1 required.

The above−cited deficiencies must be corrected by September 22, 2010 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

   IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated:  September 8, 2010                    KEVIN P. DEMPSEY, CLERK  
                                                    U.S. BANKRUPTCY COURT