# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: jweiss | Date Created: 9/8/2010 |
| Case: 10−50209 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty          Callan Frank Yeoman          cyeoman@armstrongteasdale.com

TOTAL: 1