UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | Adversary Proceeding No. 10-50209 |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

CORPORATE OWNERSHIP STATEMENT

COMES NOW Airport Terminal Services, Inc. ("ATS"), by and through the undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 7007.1, states that there are no corporations that directly or indirectly own 10% or more of any class of Airport Terminal Services, Inc.'s equity interests.

Dated: September 14, 2010.                    Respectfully submitted,

                                              ARMSTRONG TEASDALE LLP

                                              By: /s/ Callan F. Yeoman
                                                  Callan F. Yeoman   MO#61047 EDMO#5227309
                                                  7700 Forsyth Blvd., Suite 1800
                                                  St. Louis, Missouri 63105
                                                  (314) 621-5070
                                                  (314) 621-5065 (facsimile)
                                                  cyeoman@armstrongteasdale.com

                                              ATTORNEY FOR AIRPORT TERMINAL
                                              SERVICES, INC.

CERTIFICATE OF SERVICE

   I hereby certify that on September 14, 2010, a copy of the foregoing Corporate Ownership Statement was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Jeffrey A. Hokanson
Jeremy M. Dunn
Mark A. Drummond
HOSTETLER & KOWALIK, P.C.
jeff.hokanson@hostetler-kowalik.com
jmd@hostetler-kowalik.com
mad@hostetler-kowalik.com

              */s/ Callan F. Yeoman*