UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.  08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE ) | Adversary Proceeding No. 10-50209 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF HEARING

Pursuant to paragraph 2. A. of the *Order Establishing Procedures for Certain Adversary Proceedings*, entered in the bankruptcy case of ATA Airlines, Inc., Case No. 08-03675-BHL-11 (the "Bankruptcy Case") on September 14, 2010 [Docket No. 2046], JLL Consultants, Inc., in its capacity as the Unsecured Creditor Trustee for the Unsecured Creditor Trust, approved and established pursuant to the Order Confirming First Amended Chapter 11 Plan of the Debtor entered by the Court on March 26, 2009, hereby gives notice that the Pretrial Conference set for September 17, 2010 at 10:00 a.m. EDT in Room 310 of the U.S. Courthouse, Indianapolis in the above captioned Adversary Proceeding has been adjourned.

The Court shall hold an omnibus Pretrial Conference for all preference actions filed in the Bankruptcy Case in Room 310 of the United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204 at 10:30 a.m. EDT on Tuesday, November 2, 2010.  Defendants may

H&K165443v1

appear at the pretrial conference telephonically by using **Dial-In (877) 411-9748 and Passcode: 3172621001**.  No further notice of this hearing shall be sent.

        Respectfully Submitted,

        HOSTETLER & KOWALIK, P.C.
        *Counsel for the Trustee*

        By: */s/ Jeremy M. Dunn*
        Jeremy M. Dunn
        Jeffrey A. Hokanson
        HOSTETLER & KOWALIK, P.C.
        101 West Ohio Street, Suite 2100
        Indianapolis, Indiana 46204-4211
        Tel: (317) 262-1001
        Fax: (317) 262-1010
        Email: jdunn@hklawfirm.com
        Email: jhokanson@hklawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, a copy of the foregoing **NOTICE OF OPPORTUNITY TO OBJECT** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Mark Alan Drummond - mad@hostetler-kowalik.com, sdw@hostetler-kowalik.com;hkecfbackup@yahoo.com

    Jeremy M. Dunn - jmd@hostetler-kowalik.com, sdw@hostetler-kowalik.com

    Jeffrey A. Hokanson - jhokanson@hklawfirm.com, jlw@hostetler-kowalik.com

    U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

    Callan Frank Yeoman     cyeoman@armstrongteasdale.com

I further certify that on September 15, 2010, a copy of the foregoing **NOTICE OF OPPORTUNITY TO OBJECT** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

    N/A

                                              */s/ Jeremy M. Dunn*
                                              Jeremy M. Dunn
                                              Jeffrey A. Hokanson
                                              HOSTETLER & KOWALIK, P.C.
                                              101 West Ohio Street, Suite 2100
                                              Indianapolis, Indiana 46204-4211
                                              Tel: (317) 262-1001
                                              Fax: (317) 262-1010
                                              Email: jdunn@hklawfirm.com
                                              Email: jhokanson@hklawfirm.com

H&K165443v1