# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

### Hearing Information:

**Debtor:** ATA Airlines, Inc.
**Case Number:** 08-03675-BHL-11   **Chapter:** 11
**Date / Time / Room:** TUESDAY, NOVEMBER 02, 2010 10:30 AM   NA 103
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:** RHONDA ANDIS
**Reporter / ECR:** NIKKO RATLIFF

### Matter:

**ADV: 1-10-50209**

**JLL Consultants, Inc., The Unsecured Cre vs Airport Terminal Services, Inc.**

Continued Pretrial Conference

**R / M #:**   0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   08-03675-BHL-11               TUESDAY, NOVEMBER 02, 2010 10:30 AM

JEFFREY A. HOKANSON,
JEREMY M. DUNN
PAULA JOCOBY
LACHELLE STEPP
CHRISTINE JACOBSON
MICHAEL CROSNICKER
MAURICE BAUMGARTEN
ERIC NORD
JIM ROSSOW
KENNETH REESE
ALICIA CHANDLER
KAREN LOBRING
MARK CONZELMANN
KATIE MITCHELL
JAY KENNEDY
DAMON RICHARDS
ROBERTO RAMIREZ
BLANKA WOLFE
RUSSELL REED


BETH KRAMER, ATTORNEY FOR U.S. TRUSTEE
RONALD J MOORE6, ATTORNEY FOR U.S. TRUSTEE
U.S. TRUSTEE, TRUSTEE
ARIZONA DEPARTMENT OF REVENUE, CREDITOR
INDIANAPOLIS AIRPORT AUTHORITY, CREDITOR
TERRY E. HALL, ATTORNEY FOR ATA AIRLINES, INC.
OFFICIAL CREDITORS' COMMITTEE, CREDITOR
WILMINGTON TRUST COMPANY, CREDITOR
BANK OF AMERICA, N.A., CREDITOR
U.S. BANK NATIONAL ASSOCIATION, CREDITOR
CITY OF CHICAGO, CREDITOR
DENVER INTERNATIONAL AIRPORT, CREDITOR
ASSOCIATION OF FLIGHT ATTENDANTS, CREDITOR
DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, CREDITOR
INTERNATIONAL LEASE FINANCE CORPORATION, CREDITOR
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, CREDITOR
INTERNATIONAL AIR TRANSPORT ASSOCIATION, CREDITOR
MICHAEL LEWIS COMPANY, CREDITOR
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, CREDITOR
AIRTRAN AIRWAYS, INC. A DELAWARE CORPORATION, CREDITOR
GOODRICH CORPORATION, CREDITOR
CHATHAM COUNTY TAX COMMISSIONER, CREDITOR
DELTA AIR LINES, INC., CREDITOR
SIGNATURE FLIGHT SUPPORT CORPORATION, CREDITOR
GRAPEVINE-COLLEYVILLE ISD CITY OF GRAPEVINE, CREDITOR
THE CADLE COMPANY II, INC., CREDITOR
JPMORGAN CHASE BANK, N.A., CREDITOR
RPK CAPITAL V, L.L.C., CREDITOR
TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, CREDITOR
AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD, CREDITOR
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC, CREDITOR
ILLINOIS DEPARTMENT OF REVENUE, CREDITOR
INDIANA DEPARTMENT OF REVENUE, CREDITOR
RECOVERY MANAGEMENT SYSTEMS CORPORATION, CREDITOR
GEORGIA DEPARTMENT OF REVENUE, CREDITOR
UNITED STATES OF AMERICA, CREDITOR
INDIANAPOLIS POWER & LIGHT COMPANY, CREDITOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    08-03675-BHL-11              TUESDAY, NOVEMBER 02, 2010 10:30 AM

STATE OF MICHIGAN, DEPARTMENT OF TREASURY, CREDITOR
LOGICALIS, CREDITOR
FEDERAL EXPRESS CORPORATION, CREDITOR
GLOBAL AERO LOGISTICS, INC., CREDITOR
MACQUAIRE AIRFINANCE, CREDITOR
RPK CAPITAL MANAGEMENT GROUP, L.L.C., CREDITOR
SABRE INC., CREDITOR
MATLINPATTERSON GLOBAL ADVISERS, LLC, CREDITOR
MATLINPATTERSON ATA HOLDINGS, LLC, CREDITOR
NATIONAL CITY BANK, CREDITOR
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, CREDITOR
DFS SERVICES LLC, CREDITOR
TESORO HAWAII CORPORATION, CREDITOR
TARRANT COUNTY, CREDITOR
BOEING CAPITAL CORPORATION, CREDITOR
JOSHUA DANNEL, ON BEHALF OF HIMSELF AND ON BEHALF OF A CLASS COMPRISED OF THE OTHER SIMILARLY SITUATED FORMER EMPLOYEES OF DEFENDANTS, CREDITOR
QUADRA PRODUCTIONS, INC., CREDITOR
AIR BP, A DIVISION OF BP PRODUCTS NORTH AMERICA INC, CREDITOR
SAN ANTONIO AEROSPACE, L.P., CREDITOR
RPK CAPITAL MANAGEMENT, LLC, CREDITOR
B/E AEROSPACE, INC.,, CREDITOR
PORT OF OAKLAND, CREDITOR
CITIZENS GAS AND COKE UTILITY, CREDITOR
AMERICAN AIRLINES, INC., CREDITOR
INDIANAPOLIS AIRPORT AUTHORITY, CREDITOR
BETH E HANSEN, CREDITOR
J. GEORGE MIKELSONS, CREDITOR
ANTON AIRFOOD, INC., CREDITOR
AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, CREDITOR
ORACEL USA, INC, CREDITOR
HMSHOST CORPORATION, CREDITOR
MK LEASING (U.S.A.), LTD., CREDITOR
EXPEDIA, INC., CREDITOR
TRAVELSCAPE, LLC, CREDITOR
HOTWIRE, INC., CREDITOR
WELLS FARGO BANK, NA, CREDITOR
HARRIS COUNTY, CREDITOR
THOMAS R. HOSTETLER, CREDITOR
AIRLIANCE MATERIALS LLC, CREDITOR
SPRINT NEXTEL CORPORATION, CREDITOR
HAMILTON SUNSTRAND, CREDITOR
MISSOURI DEPARTMENT OF REVENUE, CREDITOR
OKLAHOMA COUNTY TREASURER, CREDITOR
ALDINE INDEPENDENT SCHOOL DISTRICT, CREDITOR
MANSFIELD OIL COMPANY OF GAINESVILLE, INC., CREDITOR
PLANETECHS, LLC, CREDITOR
L.A. COUNTY TREASURER AND TAX COLLECTOR, CREDITOR
PUERTO RICO PORT AUTHORITY, CREDITOR
ALLIED AVIATION FUELING, CREDITOR
TRANSPORTATION WORKERS UNION OF AMERICA, CREDITOR
KEVIN BATMAN, CREDITOR
DESTER CORPORATION, CREDITOR
VICTORVILLE AEROSPACE, LLC, CREDITOR
DEBORAH HAMILTON, CREDITOR
CRAIG M WAYMIRE, CREDITOR
JASON CHAPMAN, CREDITOR
ERIKA HANSON, CREDITOR
PAUL A MASI, CREDITOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   08-03675-BHL-11         TUESDAY, NOVEMBER 02, 2010 10:30 AM

HELMUT E KLEIN, CREDITOR
PATRICK DEMPSEY, CREDITOR
JOYCE HOTCHKINS, CREDITOR
MARIN CHILDREN'S CHORUS, CREDITOR
CLAUDIA MULLALY, CREDITOR
JOSI STEPHENS, CREDITOR
RICHARD STRAW, CREDITOR
MARY A. EVANS, CREDITOR
HEIKO SCHULZE, CREDITOR
DIANA AYSON FITZSIMMONS, CREDITOR
MARY A EVANS, CREDITOR
HEATHER DRAKE, CREDITOR
JAIMEE FULLER, CREDITOR
SALESI TAUMOEFOLAU, CREDITOR
DWIGHT M TAMANAHA, CREDITOR
SOUTH PADRE ENERGY, LTD., CREDITOR
ADRIATIC EAGLE AIR CORP., CREDITOR
STEVEN ALLEN, CREDITOR
MICHAEL REED GACH, CREDITOR
DEMONICA WILLIAMS, CREDITOR
SAMUEL WILLIAMS, CREDITOR
AIRLINES CLEARING HOUSE, INC., CREDITOR
USALATIN AIR, INC., D/B/A USALATINSKY, CREDITOR
AMERICAN AEROSPACE, INC., CREDITOR
TAX COLLECTOR ALAMEDA COUNTY TREASURER, CREDITOR
COUNTY OF SAN BERNARDINO, CREDITOR
SAN BERNARDINO COUNTY TAXING AUTHORITY, CREDITOR
STATE OF HAWAII, DEPARTMENT OF TRANSPORTATION, AIRPORTS DIVISION, CREDITOR
CITY OF NEW YORK DEPARTMENT OF FINANCE, CREDITOR
DIA FUEL CONSORTIUM, CREDITOR
BOONE COUNTY COLLECTOR, CREDITOR
DEEADRIANA CARFO, CREDITOR
JET SERVICES, CREDITOR
SHELLY BLATTER, CREDITOR
MARY STOGDEN-RUIZ, CREDITOR
KEVIN HENDRICKS, CREDITOR
SERVAIR, S.A., CREDITOR
ROLLS ROYCE PLC, CREDITOR
DONALD L. RAY, CREDITOR
HEATH TECNA INC., CREDITOR
HOKULANI BEALE, CREDITOR
CAROL HEIDSIEK, CREDITOR
HILO HAWAIIAN HOTEL, CREDITOR
DAL GLOBAL SERVICE, LLC, CREDITOR
NORTHWEST AIRLINES, INC., CREDITOR
ALM LLC, CREDITOR
POLISH AIR NAVIGATION SERVICES AGENCY, CREDITOR
DAVID H KLEIMAN, ATTORNEY FOR ATA AIRLINES, INC., JPMORGAN CHASE BANK, N.A.
JEFFREY A. HOKANSON, ATTORNEY FOR ATA AIRLINES, INC., OFFICIAL CREDITORS' COMMITTEE, JLL CONSULTANTS, INC., THE UNSECURED CRE
TIMOTHY L. BLACK4, ATTORNEY FOR ATA AIRLINES, INC.
JUDITH ELKIN, ATTORNEY FOR ATA AIRLINES, INC.
LENARD M PARKINS, ATTORNEY FOR ATA AIRLINES, INC.
HENRY FLORES, ATTORNEY FOR ATA AIRLINES, INC.
KOURTNEY P LYDA, ATTORNEY FOR ATA AIRLINES, INC.
JASON A NAGI, ATTORNEY FOR ATA AIRLINES, INC.
E BROOKS HAMILTON, ATTORNEY FOR ATA AIRLINES, INC.
DOUG H. EDWARDS, ATTORNEY FOR ATA AIRLINES, INC.
KENRIC D. KATTNER, ATTORNEY FOR ATA AIRLINES, INC.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   08-03675-BHL-11         TUESDAY, NOVEMBER 02, 2010 10:30 AM

BLAINE F. BATES, ATTORNEY FOR ATA AIRLINES, INC.
JASON BINFORD, ATTORNEY FOR ATA AIRLINES, INC.
ARTHUR T CARTER, ATTORNEY FOR ATA AIRLINES, INC.
STEVEN B SOLL, ATTORNEY FOR ATA AIRLINES, INC.
PETER C RUGGERO, ATTORNEY FOR ATA AIRLINES, INC.
IAN S. BOLTON, ATTORNEY FOR ATA AIRLINES, INC.
MARK L. FULFORD, ATTORNEY FOR ATA AIRLINES, INC., DIA FUEL CONSORTIUM
RONALD J. MOORE, ATTORNEY FOR U.S. TRUSTEE
ELLIOTT D. LEVIN, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC.
JASON R BURKE, ATTORNEY FOR MATLINPATTERSON ATA HOLDINGS, LLC, MATLINPATTERSON GLOBAL ADVISERS, LLC
EDWARD R CARDOZA, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC.
JAMES E. CARLBERG, ATTORNEY FOR BOEING CAPITAL CORPORATION, WELLS FARGO BANK, NA, WILMINGTON TRUST COMPANY
JOHN R. CARR, ATTORNEY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS
DEBORAH CARUSO, ATTORNEY FOR CITY OF CHICAGO
FREDERICK W. DENNERLINE, ATTORNEY FOR AIR LINE PILOTS ASSOCIATION, INTERNATION
BEN T. CAUGHEY, ATTORNEY FOR CITIZENS GAS AND COKE UTILITY, GOODRICH CORPORATION, INDIANAPOLIS AIRPORT AUTHORITY, INTERNATIONAL LEASE FINANCE CORPORATION, MACQUAIRE AIRFINANCE
DOUGLAS J. HANNOY, ATTORNEY FOR TESORO HAWAII CORPORATION
MICHAEL W. HILE, ATTORNEY FOR KEVIN BATMAN, SAN ANTONIO AEROSPACE, L.P., VICTORVILLE AEROSPACE, LLC
EDWARD B. HOPPER, ATTORNEY FOR JOSHUA DANNEL, ON BEHALF OF HIMSELF AND
PAULA K. JACOBI, ATTORNEY FOR AIRLIANCE MATERIALS LLC
CHRISTINE K. JACOBSON, ATTORNEY FOR AIRLINES CLEARING HOUSE, INC., DAL GLOBAL SERVICE, LLC, DELTA AIR LINES, INC., KEVIN BATMAN, NORTHWEST AIRLINES, INC., RPK CAPITAL MANAGEMENT GROUP, L.L.C., RPK CAPITAL MANAGEMENT, LLC, RPK CAPITAL V, L.L.C., SABRE INC., SAN ANTONIO AEROSPACE, L.P., VICTORVILLE AEROSPACE, LLC
JEFFREY L HUNTER, ATTORNEY FOR UNITED STATES OF AMERICA
ERICK P KNOBLOCK, ATTORNEY FOR CITY OF CHICAGO
LARA B. O'DELL, ATTORNEY FOR DEEADRIANA CARFO
C DANIEL MOTSINGER, ATTORNEY FOR J. GEORGE MIKELSONS
ABRAHAM MURPHY, ATTORNEY FOR COUNTY OF SAN BERNARDINO, L.A. COUNTY TREASURER AND TAX COLLECTOR
GRANT F SHIPLEY, ATTORNEY FOR AIRCRAFT MECHANICS FRATERNAL ASSOCIATION
GEORGE W. HOPPER, ATTORNEY FOR MATLINPATTERSON ATA HOLDINGS, LLC, MATLINPATTERSON GLOBAL ADVISERS, LLC
HENRY A. EFROYMSON, ATTORNEY FOR INTERNATIONAL LEASE FINANCE CORPORATION, MACQUAIRE AIRFINANCE
JAMES E ROSSOW, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC.
THOMAS C SCHERER, ATTORNEY FOR BANK OF AMERICA, N.A., NATIONAL CITY BANK
JON B. ABELS, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.
LACHELLE D STEPP, ATTORNEY FOR INDIANAPOLIS POWER & LIGHT COMPANY
RICHARD J. SWANSON, ATTORNEY FOR ASSOCIATION OF FLIGHT ATTENDANTS
JAMES S. CARR, ATTORNEY FOR AIR BP, A DIVISION OF BP PRODUCTS NORTH
JEANETTE L. THOMAS, ATTORNEY FOR BOEING CAPITAL CORPORATION, WELLS FARGO BANK, NA
ROSA R. ORENSTEIN, ATTORNEY FOR DALLAS/FORT WORTH INTERNATIONAL AIRPORT
DAVID J. BAYT, ATTORNEY FOR SAN ANTONIO AEROSPACE, L.P.
WHITNEY L MOSBY, ATTORNEY FOR BANK OF AMERICA, N.A., NATIONAL CITY BANK
TOBY L. GERBER, ATTORNEY FOR INTERNATIONAL AIR TRANSPORT ASSOCIATION
CARREN B. SHULMAN, ATTORNEY FOR GOODRICH CORPORATION
BRIAN SIROWER, ATTORNEY FOR DFS SERVICES LLC
JOSEPH J VITALE, ATTORNEY FOR AIR LINE PILOTS ASSOCIATION, INTERNATION
J. BRIAN FLETCHER, ATTORNEY FOR DENVER INTERNATIONAL AIRPORT
JEFFREY A. CHADWICK, ATTORNEY FOR MICHAEL LEWIS COMPANY
MILTON H. PACHTER, ATTORNEY FOR THE PORT AUTHORITY OF NEW YORK AND NEW J
ANDREW I. SILFEN, ATTORNEY FOR WILMINGTON TRUST COMPANY
MICHAEL S HABER, ATTORNEY FOR AIRTRAN AIRWAYS, INC. A DELAWARE CORPORA
ANDREA H. HANDEL, ATTORNEY FOR UNITED STATES OF AMERICA
JAMES H BILLINGSLEY, ATTORNEY FOR RPK CAPITAL MANAGEMENT, LLC
STEVEN J. HEIM, ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION
JONATHAN B ALTER, ATTORNEY FOR TRAVELERS CASUALTY AND SURETY CO. OF AME
STEPHEN C. STAPLETON, ATTORNEY FOR SABRE INC.
CHRISTOPHER J GIAIMO, ATTORNEY FOR WILMINGTON TRUST COMPANY
ELIZABETH WELLER, ATTORNEY FOR TARRANT COUNTY
JAMES D. NEWBOLD, ATTORNEY FOR ILLINOIS DEPARTMENT OF REVENUE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...     08-03675-BHL-11                TUESDAY, NOVEMBER 02, 2010 10:30 AM

DANIEL T. POWERS, ATTORNEY FOR CHATHAM COUNTY TAX COMMISSIONER
JOHN P DILLMAN, ATTORNEY FOR HARRIS COUNTY
STANLEY J SILVERSTONE, ATTORNEY FOR AIRCRAFT MECHANICS FRATERNAL ASSOCIATION
STEVEN A GINTHER, ATTORNEY FOR MISSOURI DEPARTMENT OF REVENUE
ELIZABETH BANDA, ATTORNEY FOR GRAPEVINE-COLLEYVILLE ISD CITY OF GRAPEV
KATHRINE AYCOCK MCLENDON, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.
GEOFFREY S. LOHMAN, ATTORNEY FOR TRANSPORTATION WORKERS UNION OF AMERICA
JOHN M. ROGERS, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC., DESTER CORPORATION
STEPHEN H GROSS, ATTORNEY FOR MACQUAIRE AIRFINANCE
DAVID WEITMAN, ATTORNEY FOR RPK CAPITAL MANAGEMENT GROUP, L.L.C., RPK CAPITAL V, L.L.C.
JOHN E. BATOR, ATTORNEY FOR THE CADLE COMPANY II, INC.
ROBERTO A RAMIREZ, ATTORNEY FOR DEMONICA WILLIAMS, SAMUEL WILLIAMS
HEATHER M. S. DURIAN, ATTORNEY FOR STATE OF MICHIGAN, DEPARTMENT OF TREASUR
BARBARA ELLIS-MONRO, ATTORNEY FOR AIRTRAN AIRWAYS, INC. A DELAWARE CORPORA
BRIAN THOMAS HARVEY, ATTORNEY FOR QUADRA PRODUCTIONS, INC.
AMY L VONDIELINGEN, ATTORNEY FOR ADRIATIC EAGLE AIR CORP.
JOSHUA W. COHEN, ATTORNEY FOR HAMILTON SUNSTRAND
COURTNEY ELAINE CHILCOTE, ATTORNEY FOR OFFICIAL CREDITORS' COMMITTEE
MICHAEL G. CRUSE, ATTORNEY FOR LOGICALIS
RICHARD B LEVIN, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC.
PETER D DECHIARA, ATTORNEY FOR AIR LINE PILOTS ASSOCIATION, INTERNATION
STEVEN FUHRMAN, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.
ROBERT TRUST, ATTORNEY FOR GLOBAL AERO LOGISTICS, INC.
CARMEN R PARCELLI, ATTORNEY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS
MALANI J CADEMARTORI, ATTORNEY FOR GOODRICH CORPORATION
DEBORAH J PIAZZA, ATTORNEY FOR MACQUAIRE AIRFINANCE
JON YARD ARNASON, ATTORNEY FOR INTERNATIONAL LEASE FINANCE CORPORATION
WILLIAM WALT PETTIT, ATTORNEY FOR B/E AEROSPACE, INC.,
ADAM M ADLER, ATTORNEY FOR MATLINPATTERSON ATA HOLDINGS, LLC
MARK E PALMER, ATTORNEY FOR MATLINPATTERSON ATA HOLDINGS, LLC
ESTHER ELIZABETH TRYBA TELSER, ATTORNEY FOR CITY OF CHICAGO
RICHARD S. LAUTER, ATTORNEY FOR CITY OF CHICAGO
ANNE L. KNIGHT, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.
MARK D CONZELMANN, ATTORNEY FOR TESORO HAWAII CORPORATION
MARK A SALZBERG, ATTORNEY FOR PORT OF OAKLAND
KWANYU HELEN YU, ATTORNEY FOR AMERICAN AIRLINES, INC.
J GORDON ARKIN, ATTORNEY FOR PORT OF OAKLAND
JONATHAN E. ABERMAN, ATTORNEY FOR BANK OF AMERICA, N.A.
KATHY BAILEY, ATTORNEY FOR ANTON AIRFOOD, INC., HMSHOST CORPORATION
PAUL G DURDALLER, ATTORNEY FOR MK LEASING (U.S.A.), LTD.
BRIAN P HALL, ATTORNEY FOR MK LEASING (U.S.A.), LTD.
NICHOLAS P. GRANATH, ATTORNEY FOR AIRCRAFT MECHANICS FRATERNAL ASSOCIATION
ROBERT RALPH ROSS, ATTORNEY FOR FEDERAL EXPRESS CORPORATION
ORIANA VIGLIOTTI, ATTORNEY FOR AIR LINE PILOTS ASSOCIATION, INTERNATION
THOMAS N CIANTRA, ATTORNEY FOR AIR LINE PILOTS ASSOCIATION, INTERNATION
MUGDHA S. KELKAR, ATTORNEY FOR DALLAS/FORT WORTH INTERNATIONAL AIRPORT
ANGELA C SERRANZANA, ATTORNEY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS
LUKE PHILLIP HODGIN, ATTORNEY FOR INDIANA DEPARTMENT OF REVENUE
TED W. HIGHT, ATTORNEY FOR MANSFIELD OIL COMPANY OF GAINESVILLE, IN
KENNETH A. REYNOLDS, ATTORNEY FOR ALLIED AVIATION FUELING
JORGE A RIVERA & FERNANDEZ-REBOREDO, PSC, ATTORNEY FOR PUERTO RICO PORT AUTHORITY
MICHAEL E. BECK, ATTORNEY FOR SIGNATURE FLIGHT SUPPORT CORPORATION
JEFFREY NEIL ROTHLEDER, ATTORNEY FOR WILMINGTON TRUST COMPANY
CATHERINE M. GUASTELLO, ATTORNEY FOR DFS SERVICES LLC
WILLIAM WRIGHT BANKS, ATTORNEY FOR GEORGIA DEPARTMENT OF REVENUE
CHRISTINA M. HARPER, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE
TIMOTHY L. BLACK, ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION
CLAUDE FRANKLIN KOLM, ATTORNEY FOR TAX COLLECTOR ALAMEDA COUNTY TREASURER
MARTHA E. ROMERO, ATTORNEY FOR COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY TAXING AUTHORITY

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   08-03675-BHL-11        TUESDAY, NOVEMBER 02, 2010 10:30 AM

    BARRY S. GLASER, ATTORNEY FOR L.A. COUNTY TREASURER AND TAX COLLECTOR
    REZA I GHARAKHANI, ATTORNEY FOR MARY STOGDEN-RUIZ
    JERRY A. RUTHRUFF, ATTORNEY FOR HILO HAWAIIAN HOTEL
    NICHOLAS C. DREHER, ATTORNEY FOR ALM LLC
    MARK ALAN DRUMMOND, ATTORNEY FOR JLL CONSULTANTS, INC., THE UNSECURED CRE
    JEREMY M. DUNN, ATTORNEY FOR JLL CONSULTANTS, INC., THE UNSECURED CRE
    HOOVER HULL LLP, SPECIAL COUNSEL UNKNOWN

*Proceedings:*

Disposition: Status Conference held


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**