UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-03675-BHL-11 |
| ATA AIRLINES, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| JLL CONSULTANTS, INC., ) | |
| UNSECURED CREDITOR TRUSTEE ) | Adversary Proceeding No. 10-50209 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIRPORT TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

JLL Consultants, Inc., in its capacity as the Unsecured Creditor Trustee (the "Trustee") for the Unsecured Creditor Trust, approved and established pursuant to the Order Confirming First Amended Chapter 11 Plan of the Debtor entered on March 26, 2009 by the United States Bankruptcy Court for the Southern District of Indiana (the "Court") under the case captioned In re ATA Airlines Inc. Bankruptcy Case Number 08-03675-BHL-11 (the "Bankruptcy Case"), the First Amended Chapter 11 Plan of the Debtor [Docket No. 1239; Case No. 08-03675] (the "Plan"), and the Liquidating Trust Agreement for the ATA Unsecured Creditor Trust, attached as Exhibit C to the Plan (the "Trust Agreement"), and Airport Terminal Services Inc. ("Defendant"), defendant herein, now, by counsel jointly stipulate that the complaint filed by the

Trustee against Defendant on March 31, 2010 in the above captioned adversary proceeding, be dismissed, with prejudice, with each party bearing its own costs.

Dated: January 20, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| HOSTETLER & KOWALIK, P.C. | ARMSTRONG TEASDALE LLP |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

By:  */s / Jeremy M. Dunn*         By:  */s/ Callan Frank Yeoman*

    Jeremy M. Dunn                          Callan Frank Yeoman
    Jeffrey A. Hokanson                     ARMSTRONG TEASDALE LLP
    HOSTETLER & KOWALIK, P.C.       7700 Forsyth Blvd
    101 West Ohio Street, Suite 2100    Suite 1800
    Indianapolis, IN 46204                   St. Louis, MO 63105
    Tel: (317) 262-1001                        Tel: 314-621-5070
    Fax: (317) 262-1010                       Fax : 314-621-5065
    Email: jdunn@hklawfirm.com       Email: cyeoman@armstrongteasdale.com
    Email: jhokanson@hklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jeremy M. Dunn - jmd@hostetler-kowalik.com, sdw@hostetler-kowalik.com

Jeffrey A. Hokanson - jhokanson@hklawfirm.com, jlw@hostetler-kowalik.com

Callan Frank Yeoman - cyeoman@armstrongteasdale.com

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

*/s/ Jeremy M. Dunn*
Jeremy M. Dunn
Jeffrey A. Hokanson
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, Indiana 46204-4211
Tel: (317) 262-1001
Fax: (317) 262-1010
Email: jdunn@hklawfirm.com
Email: jhokanson@hklawfirm.com